# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEWIS E. GALLOWAY

NO.   2020 KW 0137

**APR 2 8 2020**

---

In Re:   Lewis E. Galloway, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No. 527474

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the state's answer, if any, the commitment order, all pertinent minute entries and/or transcripts, and other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 27, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.